**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERVIN IVAN A.-G.,[1]<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-03060 JLT EGC (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE COURT GRANT PETITIONER'S MOTION FOR ATTORNEY'S FEES PUSUANT TO EAJA**<br><br>(Doc. 13) |

Hervin Ivan A.-G. is a former federal detainee proceeding by counsel. They initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on April 22, 2026. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 8, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's motion for award of attorneys' fees pursuant to 28 U.S.C. § 2412. (Doc. 17.) Specifically, the magistrate judge recommended that Respondents be ordered to remit to counsel for Petitioner attorneys' fees and expenses in the amount of $4,450.51. *Id.* at 10. The Court served the findings and recommendations on all parties. Respondents timely filed objections. (Doc. 18.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the undersigned omits petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Having carefully reviewed the entire file, including Respondents' objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The findings and recommendations issued on September 8, 2026 (Doc. 17) are **ADOPTED** in full.
2. Petitioner's motion for award of attorney's fees pursuant to 28 U.S.C. § 2412 (Doc. 13) is **GRANTED**:
   a. Respondents are **ORDERED** to remit to counsel for Petitioner attorneys' fees and expenses in the amount of $4,450.51.
   b. This award shall be made payable to Petitioner, but if the Department of the Treasury determines that Petitioner does not owe a federal debt, then Respondents shall cause the payment of attorneys' fees and expenses to be made directly to Petitioner's counsel.

IT IS SO ORDERED.

Dated: September 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE